UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY MALLOY,

        Plaintiff,

-against-

BARRY, *Correctional Officer*; JOHN DOE(S), *Correctional Officer(s)*,

        Defendants.

19-CV-7906 (CM)

ORDER

COLLEEN McMAHON, Chief United States District Judge:

Plaintiff filed this action *pro se*. On October 7, 2019, the Court dismissed the complaint without prejudice under the Prison Litigation Reform Act's "three-strikes" rule. *See* 28 U.S.C. § 1915(g). On October 8, 2019, the Court received two documents from Plaintiff: (1) a letter requesting that the Court send him "Notice of Motion Instructions to service upon the Court and Defendant(s)," ECF No. 9, and (2) an application for the court to request *pro bono* counsel, ECF No. 10.

Because the Court dismissed Plaintiff's complaint and the action is closed, his requests are denied as moot.

**CONCLUSION**

Accordingly, Plaintiff's requests (ECF Nos. 9, 10) are denied as moot.

The Clerk of Court is directed to mail a copy of this order to Plaintiff, and note service on the docket.

Plaintiff's case in this Court under ECF 1:19-CV-7906, 2 is closed.

Plaintiff remains barred from filing any future federal civil action *in forma pauperis* while in custody, unless he is under imminent threat of serious physical injury. *See* 28 U.S.C. § 1915(g).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Clerk of Court is directed to docket this as a "written opinion" within the meaning of Section 205(a)(5) of the E-Government Act of 2002.

SO ORDERED.

Dated: October 9, 2019
       New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge